# NO. 12-14-00281-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: XAVIER GONZALEZ* | § | |
| *AND XG VENTURES, LLC,* | § | *ORIGINAL PROCEEDING* |
| *RELATORS* | § | |

### MEMORANDUM OPINION
### PER CURIAM

Xavier Gonzalez and XG Ventures, LLC, Relators, petitioned for writs of mandamus and prohibition pertaining to an ex parte temporary restraining order signed by the respondent.[1] They also filed a motion for emergency relief, which was overruled.

On October 16, 2014, this court notified Relators that it appears the ex parte temporary restraining order has expired, rendering moot their complaints in this proceeding. Relators were informed that this original proceeding would be dismissed as moot unless, on or before October 27, 2014, the court was shown sufficient cause to proceed. The October 27 deadline has passed, and Relators have not responded to this court's October 16 notice. Accordingly, Relators' petition for writs of mandamus and prohibition is ***dismissed*** as moot.

Opinion delivered October 30, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)

---

[1] The respondent is the Honorable E.L. McClendon, sitting as a visiting judge in the 258th Judicial District Court of Trinity County. The real party in interest is Gustavo Lleras.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

OCTOBER 30, 2014

NO. 12-14-00281-CV

**XAVIER GONZALEZ AND XG VENTURES, LLC,**
Relators
V.
**HON. E.L. MCCLENDON,**
Respondent

ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus and petition for writ of prohibition filed by **XAVIER GONZALEZ AND XG VENTURES, LLC**, who are the relators in Cause No. 21721, pending on the docket of the 258th Judicial District Court of Trinity County, Texas. Said petition for writ of mandamus having been filed herein on September 30, 2014, and the same having been duly considered, because it is the opinion of this Court that a writ of mandamus should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **DISMISSED AS MOOT**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*